IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAREN CLARK,

    Plaintiff,

v.        CV No. 13-372 MV/CG

UNITEDHEALTH GROUP, INC., et al.,

    Defendants.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), (Doc. 117), filed March 6, 2018. In the PFRD, the Chief Magistrate Judge recommended that Defendants' *Motion to Amend Judgment*, (Doc. 94), be denied. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 117 at 8). No objections have been filed and the deadline of March 20, 2018, has passed. The recommendations of the Chief Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Defendants' *Motion to Amend Judgment*, (Doc. 94), is **DENIED**.

_____
THE HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE