# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Carmen E. Garza**
**Chief United States Magistrate Judge**

**Clerk's Minutes**

**Clark v. UnitedHealth Group, Inc., et al.**

**CV 13-372 MV/CG**

**May 11, 2018**

---

Attorney for Plaintiff:     Duff Westbrook
                            Karen Clark

Attorney for Defendants:    Robert Kort
                            Brian Thomson

Proceedings:     Settlement Conference

The case did not settle.

Clerk:   jrt
         9:00 a.m. to 12:00 p.m.