IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAREN CLARK,

    Plaintiff,

v.                                                             CIV 13-0372 MV/CG

UNITEDHEALTH GROUP, INC., et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Karen B. Molzen filed her Proposed Findings and Conclusions of Law on June 12, 2018 *(Doc. 133)* in which she recommended that Defendants' Motion to Compel Arbitration (*Doc. 97*) be denied. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. As of today, no objections have been filed, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Conclusions of Law *(Doc. 133)* is **ADOPTED**; and

2. Defendants' Motion to Compel Arbitration (*Doc. 97*) is **DENIED**.

DATED this 23rd day of July, 2018.

                                                                         MARTHA VAZQUEZ
                                                                         United States District Judge