**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KAREN CLARK,

    Plaintiff,

v.                                                                   CV No. 13-372 MV/CG

UNITEDHEALTH GROUP, INC., et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 137), filed August 30, 2018. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 141).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE