**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KAREN CLARK,

    Plaintiff,

v.                                                       CV No. 13-372 MV/CG

UNITEDHEALTH GROUP, INC., et al.,

    Defendants.

## **ORDER TO SUBMIT CLOSING DOCUMENTS**

**THIS MATTER** is before the Court *sua sponte*. The parties have notified the Court that they have reached an agreement to resolve their claims and are in the process of drafting the necessary documents to complete settlement.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **November 8, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE