# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KAREN CLARK,

    Plaintiff,

v.                                                                CV No. 13-372 MV/CG

UNITEDHEALTH GROUP, INC., et al.,

    Defendants.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. Following ongoing settlement negotiations with the Court, this case settled on October 5, 2018. (Doc. 149). The Court ordered closing documents be submitted by November 8, 2018. (Doc. 150).

**IT IS THEREFORE ORDERED** that the Telephonic Status Conference set for November 13, 2018, at 2:00 PM is **VACATED**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE